UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAURICIO AYALA, | ) CV 14-04742-DMG (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING THE |
| | ) REPORT AND RECOMMENDATION |
| | ) OF UNITED STATES MAGISTRATE |
| | ) JUDGE |
| v. | ) |
| | ) |
| RALPH M. DIAZ, Warden, | ) |
| | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and the action is dismissed with prejudice.

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE